468 A.2d 832

Commonwealth v. Smith, Appellant.

Submitted March 8, 1983. Steven V. Manbeck, for appellant; William A. Helm, District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, WICKERSHAM and MONTEMURO, JJ.

Judgment of sentence affirmed.

468 A.2d 833

Commonwealth v. Trivitt, Appellant.

Submitted September 23, 1983. Walton Vail Davis, for appellant; Roy Alan Keefer, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and JOHNSON, JJ.

Order of August 9, 1982 affirmed.